IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a/s/o DC PLASTICS, INC.<br><br>   Plaintiff,<br><br>vs.<br><br>CARLOS G. SANMARTIN, a/k/a SANMARTIN CONSTRUCTION CO. and/or SANMARTIN CONSTRUCTION LIMITED LIABILITY COMPANY<br><br>   Defendants. | Civil Case No. 13-5498 (FSH) |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff hereby voluntarily dismisses without prejudice the complaint filed in the above-captioned matter.

Dated: March 19, 2014

                Respectfully submitted,

                COZEN O'CONNOR

           By: s/Matthew F. Noone
             Matthew F. Noone
             457 Haddonfield Road
             Cherry Hill, NJ 08002
             (856)910-5000 (phone)
             (856)910-5075 (fax)

             Attorneys for Plaintiff
             Westchester Surplus Lines Insurance Company,
             a/s/o DC Plastics, Inc.